**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Case No. 17-CV-62107-HUCK**

| | |
|---|---|
| NUTRANEXT, LLC, and RAINBOW LIGHT NUTRITIONAL SYSTEMS, LLC, | : : : |
| Plaintiffs, | : |
| v. | : : |
| OVM LLC, YAKOV MEYER FIGA, and JOHN DOES 1-100, individually or as corporate/business entities, | : : : : |
| Defendants._____/ | : : : |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Nutranext, LLC and Rainbow Light Nutritional Systems, LLC ("Plaintiffs") and Defendants OVM LLC and Yakov Meyer Figa ("Defendants") hereby stipulate to the voluntary dismissal without prejudice of all claims in this action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/* Daren S. Garcia | /s/ Mark Berkowitz (per authorization) |
| Daren S. Garcia, Esq. | Gary T. Stiphany |
| Florida Bar No. 592609 | Florida Bar No. 342513 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | STIPHANY LAW |
| 500 Grant Street, Suite 4900 | 80 S.W. 8th Street, Suite 3100 |
| Pittsburgh, Pennsylvania, 15219-2502 | Miami, FL 33130 |
| Telephone: (412) 904-7700 | Tel. (305) 536-8882 |
| Facsimile: (412) 904-7817 | Fax. (305) 579-4722 |
| E-mail: dsgarcia@vorys.com | Email: Gary@StiphanyLaw.com |

| | |
|---|---|
| Liana R. Hollingsworth<br>Florida Bar No. 0076930<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>200 Public Square, Suite 1400<br>Cleveland, Ohio 44114<br>Telephone: (216) 479-6152<br>Fax: (216) 937-3406<br>E-mail: lrhollingsworth@vorys.com<br><br>*Counsel for Plaintiffs Nutranext, LLC and Rainbow Light Nutritional Systems, LLC* | Anthony F. Lo Cicero (*Admitted Pro Hac Vice*)<br>Mark Berkowitz (*Admitted Pro Hac Vice*)<br>AMSTER ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel. (212) 336-8000<br>Email: alocicero@arelaw.com<br>        mberkowitz@arelaw.com<br><br>*Counsel for Defendants OVM LLC and Yakov Meyer Figa* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. Notice of this filing will be sent via email to counsel of record by operation of the Court's electronic filing system.

*/s/* Daren S. Garcia
Daren S. Garcia